IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JARROD LOWREY,

      Plaintiff,

   vs.                                              Civ. No. 23-372 JCH/JFR

RIO RANCHO POLICE OFFICER DAVID PORTIS (RRPD 3822),
in his official and individual capacity,
RIO RANCHO POLICE OFFICER PHILLIP GALLEGOS (RRPD 5015),
in his official and individual capacity,
RIO RANCHO POLICE OFFICER NICK ARMY (RRPD 3535),
in his official and individual capacity,
RIO RANCHO POLICE OFFICER BEN PARKER (RRPD 5347),
in his official and individual capacity,
RIO RANCHO POLICE OFFICER JOHN CHRISTOPHER MILES (RRPD 5510),
in his official and individual capacity,
RIO RANCHO POLICE OFFICER JOHNATHAN HICKERSON (RRPD 4132),
in his official and individual capacity,
RIO RANCHO POLICE CVAU OFFICER MARIE POSEY,
in her official and individual capacity, and
13th SANDOVAL JUDGE CHERYL H. JOHNSTON,
in her official capacity,

      Defendants.

## FINAL JUDGMENT

This Court has entered contemporaneously a Memorandum Opinion and Order granting summary judgment to Defendants David Portis, Phillip Gallegos, and Nick Army as to all the federal claims asserted in Counts 2-9 in this case. In the Memorandum Opinion and Order, the Court declined to exercise supplemental jurisdiction over the remaining state law claims asserted in Counts 2-9 and dismissed them without prejudice. The Court previously dismissed Counts 1 and 10 through 14, *see* Mem. Op. and Order, Dkt. No. 197, and Count 15 from the case, *see* Mem. Op. and Order, Dkt. No. 54. No additional claims or defendants remain in the case. This Final

Judgment, in compliance with Rule 58 of the Federal Rules of Civil Procedure, adjudicates all existing claims and liabilities of the parties.

     **IT IS HEREBY ORDERED** that final judgment is entered in favor of Defendants on Plaintiff's claims, which are **DISMISSED**, and this case is **DISMISSED** in its entirety.

_____
SENIOR UNITED STATES DISTRICT JUDGE

2